AQUA POOL AND PATIO, INC. *v.* MARK R. SILK
(4795)

DUPONT, C. J., HULL and SPALLONE, Js.

Submitted on briefs January 15—decision released January 20, 1987

*Mark R. Silk,* pro se, the appellant (defendant) filed a brief.

*William G. Reveley* filed a brief for the appellee (plaintiff).

PER CURIAM. We have accorded the defendant's claim of error the appropriate scope of review and find no merit to this claim.

There is no error.